1  PHILLIP A. TALBERT
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No. 1:17-po-00108-SAB
12 |           Plaintiff,             | [Citation #6354716 CA/51]
                                      | [Citation #6354717 CA/51]
13 | v.                               |
                                      | MOTION AND ORDER FOR DISMISSAL
14 | OSCAR F. SANABRIA,               |
15 |           Defendant.             |

16

17

18       The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Megan A. S. Richards, Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-

20 00108-SAB [Citation 6354716] and [Citation 6354717] against OSCAR F. SANABRIA without

21 prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22 DATED: May 19, 2017                           Respectfully submitted,

23                                               PHILLIP A. TALBERT
                                                 United States Attorney
24
                                          By:    /s/ Megan A. S. Richards
25                                               MEGAN A. S. RICHARDS
                                                 Assistant U.S. Attorney
26

27

28
                                                   1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:17-po-00108-SAB [Citation 6354716] and [Citation 6354717] against OSCAR F. SANABRIA be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**May 19, 2017**__

UNITED STATES MAGISTRATE JUDGE